## File Hashes for IP Address 173.79.203.144

**ISP:** Verizon FiOS
**Physical Location:** Burke, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/21/2014 07:51:00 | 5671993E5837BB5AB45CCC34EAF405B374321B20 | Spanish Heat |
| 10/21/2014 02:41:07 | D9046521A4B86577B67EE1C6AEE0FF29878384FB | A Cloudy Hot Day |
| 10/21/2014 01:13:51 | FF7C7866F11E1C9D0F203241D206995C8D87569A | Dripping Desires |
| 08/24/2014 22:05:53 | 54880FE701AD5C7E9259D927AA174DDB30E28B85 | Paint Me White |
| 08/09/2014 18:03:09 | 3E4F997A28823526850A14474C7E57E98479D35E | In the Blind |
| 08/03/2014 05:32:05 | B3F812824F054680D81236EDF26FDAEFF6EE0067 | Any And All For You |
| 06/28/2014 06:30:37 | 7F04ECBCA471409C6C63B748C415A8E093603A28 | Sexy In The City |
| 06/10/2014 10:26:45 | 48E571C74987C06FE43508A01074A88F1B7D349C | Dancing Romance |
| 06/06/2014 22:04:52 | 8BF820D4870A6432D4F6BC0C580B7F0E1BD64B51 | Sex With Glasses |
| 06/01/2014 13:05:17 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |
| 05/31/2014 00:38:57 | 1ADFB1AAD7EAB7E4BA39F16BA2B16C1969DBE55A | Just Watch |
| 05/31/2014 00:04:42 | 0179A1332F7CEBBF66DC1AE322BDDE0996FAF1FE | Morning Glory |
| 05/23/2014 21:36:46 | 67026053D98E723952937A2BE2935A1BEFD72BF0 | Two By Two |
| 04/19/2014 02:03:02 | 893C0C9BBE81829B2B2AAD7F293BAE7FC12DDAFD | Double Tease |
| 04/10/2014 02:06:13 | E1C4CD147A01FF0CAB03187D8D90B4430F7A1CC5 | Not Alone |
| 02/25/2014 22:58:45 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 02/03/2014 17:12:52 | 4BFF45E3A7511EEECB5262E9072421C7301DDC1D | Risky Business |
| 01/22/2014 01:19:09 | 0BFB269E6A5877EF366BE4912AC251CD5C855F73 | Season of Love |

**Total Statutory Claims Against Defendant: 18**

EVA139

EXHIBIT A