## Copyrights-In-Suit for IP Address 173.79.203.144

**ISP:** Verizon FiOS
**Location:** Burke, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Cloudy Hot Day | PA0001918790 | 10/19/2014 | 10/22/2014 | 10/21/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/03/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/10/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/19/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/21/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/25/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/09/2014 |
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 05/31/2014 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 06/01/2014 |
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 05/31/2014 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/10/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 08/24/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/03/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/22/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/06/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 06/28/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/21/2014 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 05/23/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 18**

EVA139

EXHIBIT B