## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA LLC,,

      Plaintiff,

v.                                    Civil Action No. 1:14-cv-01540-TSE-MSN

JOHN DOE, subscriber assigned IP address
173.79.203.144,

      Defendant,

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant")

through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily

dismisses Defendant from this action with prejudice. John Doe was assigned the IP address

173.79.203.144. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither

answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative

purposes.

Dated: March 9, 2015

*So Ordered*

*/s/* 3/6/15

T. S. Ellis, III
United States District Judge

Respectfully submitted,

By: __*/s/ William E. Tabot*__
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

1